

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00663-CV

**IN THE INTEREST OF C.J.,JR.,** a child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02667
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant Christopher J.'s motion for extension of time to file his brief is GRANTED. We ORDER appellant to file his brief on or before December 19, 2014. NO FURTHER MOTIONS FOR EXTENSIONS OF TIME WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court